# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KEYBANK NATIONAL ASSOCIATION, | ) | CASE NO. 1:19-cv-1566 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| INTERLOGIC OUTSOURCING, INC., et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

This case is stayed pursuant to 11 U.S.C. § 362 because the two remaining defendants in this action, Interlogic Outsourcing, Inc. and Najeeb Khan, have each separately filed petitions for Chapter 11 bankruptcy in the United States Bankruptcy Court, Interlogic Outsourcing filing in the United States Bankruptcy Court for the Northern District of Indiana (Case No. 19-31445) and Najeeb Khan filing in the United States Bankruptcy Court for the Western District of Michigan (Case No. 19-04258). This case is hereby closed, subject to reopening upon written motion of plaintiff after a dismissal of the bankruptcy case(s) or upon granting of relief from either the automatic stay or any injunction issued under 11 U.S.C. § 524.

**IT IS SO ORDERED**.

Dated: September 15, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**